1  KEVIN RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  DEREK L. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5

6     450 Golden Gate Avenue, 11th Floor
      San Francisco, California  94102
7     Telephone:  (415) 436-7149
      Fax:  (415) 436-7234
8     Email: Derek.Owens@usdoj.gov

9
   Attorneys for Plaintiff
10

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

15
   UNITED STATES OF AMERICA,          )   CR No.: 05-00704 MAG
16                                     )
                                       )
17          Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                       )   ORDER EXCLUDING TIME
18          v.                         )
                                       )
19  RICHARD WOOD,                      )
                                       )
20                                     )
            Defendant.                 )
21  _____)

22      On November 7, 2005, the parties in this case appeared before the Court for a status

23  appearance and identification of counsel.  At that time, the parties stipulated that time should be

24  excluded from the Speedy Trial Act calculations from November 7, 2005 to November 18, 2005

25  for continuity of counsel and for effective preparation of defense counsel.  Specifically, Ms.

26  Falk, counsel for Mr. Wood, requested the continuance in light of her trial schedule and her

27  desire to review the recently received discovery from the United States.  The parties represented

28  that granting the continuance was the reasonable time necessary for continuity of defense

Stipulation and [Proposed] Order

1  counsel and effective preparation of defense counsel, taking into account the exercise of due
2  diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice
3  served by granting such a continuance outweighed the best interests of the public and the
4  defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

5  SO STIPULATED:

6                                            KEVIN V. RYAN
                                              United States Attorney

8  DATED: _____11/7/05_____        _____/s/_____
                                              DEREK R. OWENS
9                                            Special Assistant United States Attorney

10
   DATED: _____11/8/05_____        _____/s/_____
11                                           ELIZABETH FALK
                                              Attorney for Mr. Wood

13      As the Court found on November 7, 2005, and for the reasons stated above, the Court finds
14  that an exclusion of time between November 7, 2005 and November 18, 2005 is warranted and
15  that the ends of justice served by the continuance outweigh the best interests of the public and
16  the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the
17  requested continuance would deny Mr. Deng continuity of counsel and would deny defense
18  counsel the reasonable time necessary for effective preparation, taking into account the exercise
19  of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

21  SO ORDERED.
22  DATED:   November 17,  2005
                                              _____
23                                            EDWARD M. S_____ Vadas
                                              United Stat___

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Nandor J. Vadas]*

Stipulation and [Proposed] Order