# United States District Court

E-filing

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA     )

            vs.             )    **Docket Number: CR 05-0704-01 EMC**

    **RICHARD WOOD**       )

                            )

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ April 12, 2006 _____ be continued until _____ May 24, 2006 _____ at _____ 2.00 p.m. 9³⁰ a.m. .   (EMC)

Date: April 5, 2006

Edward M. Chen
United States Magistrate Judge

NDC-PSR-009 12/06/04