# UNITED STATES DISTRICT COURT

for

## NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue



## Report on Offender Under Supervision

Name of Offender:  Richard Wood    Docket No.:  CR 05-00704-01 EMC

Name of Sentencing Judge:  Edward M. Chen
United States Magistrate Judge

Date of Original Sentence:  June 7, 2006

Original Offense:
Count One: Possession of a Controlled Substance, 21 U.S.C. § 844 (a), a Class A misdemeanor

Original Sentence: 3 years probation
Special Conditions: Special assessment $25; fine $1000;drug/alcohol testing; drug/alcohol treatment;
no alcohol; search.

Type of Supervision: Probation                    Date Supervision Commenced: June 7, 2006
Assistant U.S. Attorney: Derek Owens              Defense Counsel: Elizabeth Meyer Falk, AFPD

## Petitioning the Court to Take Judicial Notice

### Cause

Charge Number        Violation

One                  There is probable cause to believe that the offender violated standard
                     condition number seven that the defendant shall not purchase, posses, use,
                     distribute or administer any controlled substances or any paraphernalia
                     related to any controlled substance, except as prescribed by a physician.

                     On August 14, 2006, the offender submitted a urine sample for drug
                     screen testing at the United States Probation Office in San Francisco,
                     California. According to Scientific Testing Laboratories, Inc, the
                     urine sample (specimen number A00262068) submitted by Richard
                     Wood tested positive for marijuana.

NDC-SUPV-FORM 12A 03/23/05

Richard Wood                                                                                    Page 2
CR 05-00704-01 EMC

Two                         There is probable cause to believe that the offender violated special condition
                            number five that the defendant shall pay to the United States a fine of $1,000
                            which shall be due by July 7, 2006.

                                    To date, the offender has not made any payments towards his fine.


### Action Taken and Reason

The offender has admitted to being a daily user of marijuana for the past five years and has stated
that he no longer wishes to partake in that lifestyle. Per special conditions of probation, the offender
has been referred for drug testing and drug/alcohol treatment. The offender is being given the
opportunity and the resources to change his behavior and it is recommended that he be given time
to start testing and treatment in lieu of further action being taken on this violation. Any further
violations of the conditions of supervision will be reported to the Court.

Additionally, it is the understanding of the offender, his attorney and the presentence investigator
that on the day of sentencing, the Court ordered that he could complete 125 hours of community
service or pay a $1,000 fine. The option of community service is not reflected in the Judgment and
Commitment.


Address of offender:          294 Lincoln Ave.
                              Daly City, CA 94015

Respectfully submitted,                          Reviewed by:


Jennifer Hutchings                               Sharon K. Alberts
U.S. Probation Officer                           Supervisory U.S. Probation Officer

Date Signed: August 28, 2006

Richard Wood                                                                                          Page 3
CR 05-00704-01 EMC

THE COURT ORDERS:

☒ The Court concurs and takes judicial notice regarding the violations and affirms that the offender
has the option of performing 125 hours of community service or paying $1,000 fine.

☐ Submit a request to modify supervision

☐ Submit a request for warrant

☐ Submit a request for summons

☐ Other:

9/12/06
Date

Edward M. Chen
United States Magistrate Judge