# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue



## Report on Offender Under Supervision

Name of Offender:          Richard Wood                Docket No.: CR 05-00704-01 EMC

Name of Sentencing Judge:  Edward M. Chen
                           United States Magistrate Judge

Date of Original Sentence: June 7, 2006

Original Offense:
Count One: Possession of a Controlled Substance, 21 U.S.C. § 844 (a), a Class A misdemeanor

Original Sentence: 3 years probation
Special Conditions: Special assessment $25; fine $1,000; drug/alcohol testing; drug/alcohol treatment; no alcohol; search.

Prior Form(s) 12: On September 12, 2006, the Court took judicial notice that the offender violated his conditions of probation by testing positive for marijuana. He was referred to phase/sanction urinalysis testing program and referred to group counseling. The offender was also allowed to complete 125 hours of community service in lieu of paying $1,000 fine.

Type of Supervision: Probation                Date Supervision Commenced: June 7, 2006
Assistant U.S. Attorney: Derek Owens          Defense Counsel: Elizabeth Meyer Falk, AFPD

## Petitioning the Court to Take Judicial Notice

### Cause

Charge Number      Violation

One                There is probable cause to believe that the offender violated standard condition number seven that the defendant shall not purchase, posseses, use, distribute or administer any controlled substances or any paraphernalia related to any controlled substance, except as prescribed by a physician.

                   On March 14, 2007, the offender submitted a urine sample that tested positive for marijuana. Evidence in support of this charge is contained in the laboratory report of Quest Diagnostics, report C00786903.

Richard Wood  Page 2
CR 05-00704-01 EMC

### Action Taken and Reason

Mr. Wood recently completed 16 sessions of substance abuse group counseling and was in the second phase of urinalysis testing. Mr. Wood has not had a positive drug test result since August 14, 2006. Upon Mr. Wood testing positive again for marijuana, he restarted the phase/sanction urinalysis testing and has resumed his group counseling sessions. Mr. Wood admits that he relapsed and asked to return to his group counseling. Mr. Wood is a student at Contra Costa Community College and is compliant with the other conditions of supervision.

Address of offender:     294 Lincoln Ave.
                         Daly City, CA 94015

Respectfully submitted,                    Reviewed by:

Jennifer Hutchings                         James M. Schloetter
U.S. Probation Officer                     Supervisory U.S. Probation Officer

Date Signed: March 23, 2007

THE COURT ORDERS:
☒ The Court concurs and takes judicial notice regarding the violation
☐ Submit a request to modify supervision
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

3/26/07
Date                                       Edward M. Chen
                                           United States Magistrate Judge

NDC-SUPV-FORM 12A 03/23/05